|   |   |
|---|---|
| 1 | James G. Sandler, Bar No. 067407 |
|   | Richard M. Valdez, Bar No. 156957 |
| 2 | **SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP** |
|   | 402 West Broadway, Suite 1700 |
| 3 | San Diego, CA 92101-3542 |
|   | Telephone: (619) 235-5655 |
| 4 | Facsimile: (619) 235-5648 |
|   | Email: jsandler@sllbv.com |
| 5 | Email: rvaldez@sllbv.com |
| 6 | James F. Bogan, III (admitted *pro hac vice*) |
|   | C. Allen Garrett, Jr. (admitted *pro hac vice*) |
| 7 | **KILPATRICK STOCKTON LLP** |
|   | Suite 2800, 1100 Peachtree Street |
| 8 | Atlanta, GA 30309-4528 |
|   | Telephone: (404) 815-6467 |
| 9 | Facsimile: (404) 541-3133 |
|   | Email: JBogan@KilpatrickStockton.com |
| 10 | Email: AGarrett@KilpatrickStockton.com |
| 11 | Attorneys for Defendants YellowPages.com, LLC and AT&T Inc. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HERMAN d/b/a CREATING WELLNESS CHIROPRACTIC CENTER, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs/Counter-Defendants,<br>  v.<br><br>YELLOWPAGES.COM, LLC,<br><br>    Defendant/Counter-Claimant. | Consolidated Case No. 10-CV-0195-JAH(AJB)<br><br>[This filing relates to Case No. 10-CV-0798JAH(AJB)]<br><br>CLASS ACTION<br><br>[Complaint Filed January 26, 2010] |
| PRIME EQUITY HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>  v.<br><br>YELLOWPAGES.COM, LLC and AT&T INC.,<br><br>    Defendants. | Case No. 10-CV-0798JAH(AJB)<br><br>CLASS ACTION<br><br>**TABLE OF CONTENTS OF EXHIBITS IN SUPPORT OF DEFENDANT YELLOWPAGES.COM, LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**<br><br>DATE: August 30, 2010<br>TIME: 2:30 p.m.<br>CTRM: 11<br><br>[Complaint Filed April 15, 2010] |

X:\Clients\1912\0002\LIT\00031441.DOC

Defendant YellowPages.com, LLC submits the following exhibits in support of its motion to dismiss or, in the alternative, to transfer the above-captioned action to the district court presiding over a prior-filed, overlapping class action:

A. Declaration of Barry Adams, with Exhibit 1 ………………………………………….. 1

    Exhibit 1 to Adams Declaration …………………………………………………….. 3

B. Declaration of Melinda Goldstein, with Exhibits 1-5 …………………………………. 9

    Exhibit 1 to Goldstein Declaration ……………………………………………………..11

    Exhibit 2 to Goldstein Declaration ……………………………………………………..13

    Exhibit 3 to Goldstein Declaration ……………………………………………………..19

    Exhibit 4 to Goldstein Declaration ……………………………………………………..23

    Exhibit 5 to Goldstein Declaration ……………………………………………………..25

Dated:   July 20, 2010

**SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP**

By:   /s/ Richard M. Valdez
James G. Sandler
Richard M. Valdez

James F. Bogan, III (*pro hac vice*)
C. Allen Garrett, Jr. (*pro hac vice*)
KILPATRICK STOCKTON LLP
Suite 2800, 1100 Peachtree Street
Atlanta, GA 30309-4528
Telephone: (404) 815-6467
Facsimile: (404) 541-3133

Attorneys for Defendants
YELLOWPAGES.COM, LLC and AT&T INC.