| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>FRANK J. JANECEK, JR. (156306)<br>CHRISTOPHER COLLINS (189093)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>frankj@rgrdlaw.com<br>chrisc@rgrdlaw.com<br><br>COHN LIFLAND PEARLMAN<br>  HERRMANN & KNOPF LLP<br>PETER S. PEARLMAN<br>Park 80 Plaza West-One<br>Saddle Brook, NJ  07663<br>Telephone:  201/845-9600<br>201/845-9423 (fax)<br><br>LYNCH LAW FIRM, P.C.<br>PAUL I. PERKINS<br>45 Eisenhower Drive, Suite 300<br>Paramus, NJ  07652<br>Telephone:  800/656-9529<br>888/271-9726 (fax) | ZIMMERMAN REED, P.L.L.P.<br>J. GORDON RUDD, JR.<br>DAVID M. CIALKOWSKI<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN  55402<br>Telephone:  612/341-0400<br>612/341-0844 (fax) |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HERMAN d/b/a CREATING WELLNESS CHIROPRACTIC CENTER, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>YELLOWPAGES.COM, LLC,<br><br>                              Defendants. | Lead Case No. 3:10-cv-00195-JAH-AJB<br><br>(Consolidated with Case No. 3:10-cv-00798-JAH –AJB)<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF CO-INTERIM CLASS COUNSEL AND LIAISON COUNSEL<br><br>DATE:         August 30, 2010<br>TIME:         2:30 p.m.<br>CTRM:       11<br>JUDGE: Honorable John A. Houston |

570966_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on August 30, 2010, at 2:30 p.m. or as soon thereafter as the

3  matter may be heard in the above-entitled court, located at 940 Front Street, San Diego, CA 92101,

4  plaintiffs Amanda Herman d/b/a Creating Wellness Chiropractic Center, Cynthia Gibson d/b/a

5  Telephone Jacks, Lisa Feeley d/b/a All Bay Locksmith, Jeffrey P. Ordway d/b/a Earthwerks

6  Unlimited and Prime Equity Holdings, Inc., by and through their attorneys, will, and hereby do,

7  move the Court for an order granting their Motion for Appointment of Co-Interim Class Counsel and

8  Liaison Counsel.

9  This motion for appointment of co-lead interim class counsel and liaison counsel is brought

10 pursuant to Federal Rule of Civil Procedure 23 and this Court's inherent authority.

11 This motion is based on this Notice, the accompanying Memorandum of Points and

12 Authorities, the accompanying Declaration of Peter S. Pearlman, and upon such other and further

13 evidence and argument as may be presented to the Court at the time of the hearing.

14 DATED: July 20, 2010                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
15                                          FRANK J. JANECEK, JR.
                                            CHRISTOPHER COLLINS

16

17
                                                  s/ CHRISTOPHER COLLINS
18                                              CHRISTOPHER COLLINS

19                                          655 West Broadway, Suite 1900
                                            San Diego, CA  92101
20                                          Telephone:  619/231-1058
                                            619/231-7423 (fax)
21
                                            COHN LIFLAND PEARLMAN
22                                            HERRMANN & KNOPF LLP
                                            PETER S. PEARLMAN
23                                          Park 80 Plaza West-One
                                            Saddle Brook, NJ  07663
24                                          Telephone:  201/845-9600
                                            201/845-9423 (fax)
25

26

27

28

570966_1                          - 1 -                  (Consolidated with Case No.
                                                          3:10-cv-00798-JAH –AJB)

```
 1
 2                          LYNCH LAW FIRM, P.C.
                            PAUL I. PERKINS
                            45 Eisenhower Drive, Suite 300
 3                          Paramus, NJ  07652
                            Telephone:  800/656-9529
 4                          888/271-9726 (fax)

 5                          ZIMMERMAN REED, P.L.L.P.
                            J. GORDON RUDD, JR.
 6                          DAVID M. CIALKOWSKI
                            651 Nicollet Mall, Suite 501
 7                          Minneapolis, MN  55402
                            Telephone:  612/341-0400
 8                          612/341-0844 (fax)

 9                          Attorneys for Plaintiffs Amanda Herman, et al.

10                          MILBERG LLP
                            JEFF S. WESTERMAN
11                          SABRINA S. KIM
                            300 South Grand Avenue, Suite 3900
12                          Los Angeles, CA  90071
                            Telephone:  213/617-1200
13                          213/617-1975 (fax)

14                          MILBERG LLP
                            PETER SAFIRSTEIN
15                          ANDREI RADO
                            One Pennsylvania Plaza
16                          New York, NY  10119
                            Telephone:  212/594-5300
17                          212/868-1229 (fax)

18                          Attorneys for Plaintiff
                            Prime Equity Holdings, Inc.
19
20
21
22
23
24
25
26
27
28
```

570966_1

- 2 -                                (Consolidated with Case No.
                                      3:10-cv-00798-JAH –AJB)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 20, 2010.

<u>s/ CHRISTOPHER COLLINS</u>
CHRISTOPHER COLLINS

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:chrisc@rgrdlaw.com

570966_1

(Consolidated with Case No. 3:10-cv-00798-JAH –AJB)

# Mailing Information for a Case 3:10-cv-00195-JAH -AJB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James F. Bogan , III**
  jbogan@kilpatrickstockton.com

- **Christopher Collins**
  Chrisc@rgrdlaw.com,dianah@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **C. Allen Garrett**
  agarrett@kilpatrickstockton.com

- **Frank J Janecek , JR**
  frankj@rgrdlaw.com,kathryns@rgrdlaw.com,e_file_sd@rgrdlaw.com,JWolsborn@rgrdlaw.com

- **Sabrina S. Kim**
  skim@milberg.com,mbowman@milberg.com,cchaffins@milberg.com

- **Peter S. Pearlman**
  PSP@njlawfirm.com

- **Paul Ivan Perkins**
  pperkins@lynchlawyers.com

- **Richard Max Valdez**
  rvaldez@sllbv.com,vmejias@sllbv.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)