1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  FRANK J. JANECEK, JR. (156306)
   CHRISTOPHER COLLINS (189093)
3  655 West Broadway, Suite 1900
   San Diego, CA 92101
4  Telephone: 619/231-1058
   619/231-7423 (fax)
5  frankj@rgrdlaw.com
   chrisc@rgrdlaw.com
6
   COHN LIFLAND PEARLMAN
7    HERRMANN & KNOPF LLP
   PETER S. PEARLMAN
8  Park 80 Plaza West-One
   Saddle Brook, NJ 07663
9  Telephone: 201/845-9600
   201/845-9423 (fax)
10
   LYNCH LAW FIRM, P.C.
11 PAUL I. PERKINS
   45 Eisenhower Drive, Suite 300
12 Paramus, NJ 07652
   Telephone: 800/656-9529
13 888/271-9726 (fax)

ZIMMERMAN REED, P.L.L.P.
J. GORDON RUDD, JR.
DAVID M. CIALKOWSKI
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: 612/341-0400
612/341-0844 (fax)

14 Attorneys for Plaintiffs

15                   UNITED STATES DISTRICT COURT

16                  SOUTHERN DISTRICT OF CALIFORNIA

17 AMANDA HERMAN d/b/a CREATING      ) Lead Case No. 3:10-cv-00195-JAH-AJB
   WELLNESS CHIROPRACTIC CENTER, et  )
18 al., Individually and on Behalf of All Others ) (Consolidated with Case No. 3:10-cv-00798-
   Similarly Situated,                )  JAH –AJB)
19                                    )
                         Plaintiffs,  ) CLASS ACTION
20                                    )
              vs.                     ) DECLARATION OF PETER S. PEARLMAN
21                                    ) IN SUPPORT OF PLAINTIFFS' MOTION
   YELLOWPAGES.COM, LLC,              ) FOR APPOINTMENT OF CO-INTERIM
22                                    ) CLASS COUNSEL AND LIAISON
                         Defendants.  ) COUNSEL
23 _____)
                                        DATE:    August 30, 2010
24                                      TIME:    2:30 p.m.
                                        CTRM:    11
25                                      JUDGE:   Honorable John A. Houston

26

27

28

530053_2

I, Peter S. Pearlman declare:

1. I am a member of the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP, one of the counsel of record for the plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Appointment of Co-Interim Class Counsel and Liaison Counsel. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents, which are cited in the Memorandum of Law being filed concurrently herewith:

Exhibit A: Cohn Lifland Pearlman Herrmann & Knopf LLP's firm resume;

Exhibit B: The Lynch Law Firm's firm resume; and

Exhibit C: Robbins Geller Rudman & Dowd LLP firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of July, 2010, at Saddle Brook, New Jersey.

PETER S. PEARLMAN

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 20, 2010.

s/ CHRISTOPHER COLLINS
CHRISTOPHER COLLINS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:chrisc@rgrdlaw.com

(Consolidated with Case No. 3:10-cv-00798-JAH –AJB)

# Mailing Information for a Case 3:10-cv-00195-JAH -AJB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James F. Bogan , III**
  jbogan@kilpatrickstockton.com

- **Christopher Collins**
  Chrisc@rgrdlaw.com,dianah@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **C. Allen Garrett**
  agarrett@kilpatrickstockton.com

- **Frank J Janecek , JR**
  frankj@rgrdlaw.com,kathryns@rgrdlaw.com,e_file_sd@rgrdlaw.com,JWolsborn@rgrdlaw.com

- **Sabrina S. Kim**
  skim@milberg.com,mbowman@milberg.com,cchaffins@milberg.com

- **Peter S. Pearlman**
  PSP@njlawfirm.com

- **Paul Ivan Perkins**
  pperkins@lynchlawyers.com

- **Richard Max Valdez**
  rvaldez@sllbv.com,vmejias@sllbv.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`