1 | **MILBERG LLP**
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
skim@milberg.com
ANDREW J. SOKOLOWSKI (SBN 226685)
asokolowski@milberg.com
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

**MILBERG LLP**
PETER SAFIRSTEIN
psafirstein@milberg.com
ANDREI RADO
arado@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Counsel for Plaintiff Prime Equity Holdings, Inc.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO

| | |
|---|---|
| AMANDA HERMAN d/b/a CREATING WELLNESS CHIROPRACTIC CENTER, CYNTHIA GIBSON d/b/a TELEPHONE JACKS, LISA FEELEY d/b/a ALL BAY LOCKSMITH and JEFFREY P. ORDWAY d/b/a EARTHWERKS UNLIMITED, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs/Counter-Defendants,<br>     v.<br><br>YELLOWPAGES.COM, LLC,<br><br>              Defendant/Counter-Claimant. | Consolidated Case No. 10-CV-0195-JAH(AJB)<br>[This filing relates to Case No. 10-CV-0798-JAH-(AJB)]<br>**CLASS ACTION**<br><br>DECLARATION OF ANDREW J. SOKOLOWSKI IN SUPPORT OF PLAINTIFF PRIME EQUITY HOLDINGS, INC.'S OPPOSITION TO DEFENDANT YELLOWPAGES.COM, LLC'S MOTION TO DISMISS OR TRANSFER<br><br>DATE:         August 30, 2010<br>TIME:         2:30 p.m.<br>CTRM.:       11<br>JUDGE:       Hon. John A. Houston<br><br>Complaint filed: January 26, 2010 |

**[Caption Continued on the Following Page]**

---

SOKOLOWSKI DECL ISO PLTF PRIME EQUITY HOLDINGS, INC.'S OPP TO DEF YELLOWPAGES.COM, LLC's MOT TO DISMISS OR TRANSFER

Consolidated Case No. 10-CV-0195-JAH(AJB)

DOCS\526490v1

| | |
|---|---|
| PRIME EQUITY HOLDINGS, INC., individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>YELLOWPAGES.COM, LLC and AT&T INC.,<br><br>            Defendants. | Case No.  10-cv-0798-JAH (AJB)<br><br><br><br><br><br><br>Complaint filed: April 15, 2010 |

SOKOLOWSKI DECL ISO PLTF PRIME EQUITY HOLDINGS, INC.'S OPP TO DEF YELLOWPAGES.COM, LLC's MOT TO DISMISS OR TRANSFER

Consolidated Case No. 10-CV-0195-JAH(AJB)

DOCS\526490v1

I, ANDREW J. SOKOLOWSKI, declare:

1. I am an attorney duly licensed to practice before this Court. I am an associate with the law firm of Milberg LLP, counsel for Plaintiff. I make this declaration in support of Plaintiff Prime Equity Holdings, Inc.'s Opposition to Defendant Yellowpages.Com, LLC's Motion to Dismiss or Transfer. Unless otherwise noted, I have personal knowledge of the matters set forth in this declaration, and could and would testify competently thereto if called as a witness.

2. Attached as Exhibit A is a true and correct copy of the First Amended Complaint filed in *Kowalski v. Yellowpages.com, LLC*, Case No. 09-2382 (PGS) - (ES) (D.N.J. filed Nov. 6, 2009).

3. Attached as Exhibit B is a true and correct copy of the Class Action Complaint filed in *Kowalski v. Yellowpages.com, LLC*, Case No. L 3316-09 (D.N.J. removed Apr. 7, 2009).

4. Attached as Exhibit C is a true and correct copy of the Business Entity Detail for Yellowpages.com LLC, from the California Secretary of State Website, available at http://kepler.sos.ca.gov/cbs.aspx.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of August, 2010, at Los Angeles, California.

*/s/ Andrew J. Sokolowski*
ANDREW J. SOKOLOWSKI

SOKOLOWSKI DECL ISO PLTF PRIME EQUITY HOLDINGS, INC.'S OPP TO DEF YELLOWPAGES.COM, LLC's MOT TO DISMISS OR TRANSFER   - 1 -   Consolidated Case No. 10-CV-0195-JAH(AJB)

DOCS\526490v1

**DECLARATION OF SERVICE BY CM/ECF AND/OR MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on August 16, 2010, declarant served the DECLARATION OF ANDREW J. SOKOLOWSKI IN SUPPORT OF PLAINTIFF PRIME EQUITY HOLDINGS, INC.'S OPPOSITION TO DEFENDANT YELLOWPAGES.COM, LLC'S MOTION TO DISMISS OR TRANSFER by electronically filing the foregoing document listed above by using the Case Management/ Electronic Case filing system.

3. Declarant further certifies:

☒ All participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system

☐ Participants in the case who are registered CM/ECF users will be served by the court's CM/ECF system. Participants in the case that are not registered CM/ECF users will be served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial carrier for delivery to the non-CM/ECF participants as addressed and listed in the Service List.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of August, 2010, at Los Angeles, California.

_Cecille Chaffins_
CECILLE CHAFFINS

| SOKOLOWSKI DECL ISO PLTF PRIME EQUITY HOLDINGS, INC.'S OPP TO DEF YELLOWPAGES.COM, LLC's MOT TO DISMISS OR TRANSFER | - 2 - | Consolidated Case No. 10-CV-0195-JAH(AJB) |
|---|---|---|

DOCS\526490v1

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO**

Consolidated Case No. 10-CV-0195-JAH-(AJB)
Related Case No. 10-CV-0798-JAH-(AJB)
*Amanda Herman et al v. YELLOWPAGES.COM, LLC,*

**PLAINTIFF COUNSEL LIST:**

| | |
|---|---|
| **MILBERG LLP**<br>JEFF S. WESTERMAN<br>jwesterman@milberg.com<br>SABRINA S. KIM<br>skim@milberg.com<br>ANDREW J. SOKOLOWSKI<br>asokolowski@milberg.com<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 | **MILBERG LLP**<br>PETER SAFIRSTEIN<br>psafirstein@milberg.com<br>ANDREI RADO<br>arado@milberg.com<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229 |
| **SOMMERS SCHWARTZ, P.C.**<br>JASON J. THOMPSON<br>LISA RYCUS MIKALONIS<br>HENRI O. Harmon<br>2000 Town Ctr., Ste. 900<br>Southfield, MI 48075-1100<br>Telephone: (248) 355-0300 | **KRESCH OLIVER**<br>ARI KRESCH<br>ALYSON OLIVER<br>24100 Southfield Road<br>Southfield, MI 48075<br>Telephone: (248) 327-6556 |
| *Counsel for Plaintiff Prime Equity Holdings, Inc.* | |
| Peter S. Pearlman<br>**COHN LIFLAND PEARLMAN HERRMAN & KNOPF, LLP**<br>Park 80 Plaza West-One<br>Saddle Brook, NJ 07663<br>201-845-9600 (office main)<br>201-845-9423 (fax)<br>551-497-7131 (direct dial)<br>psp@njlawfirm.com | |
| Paul I. Perkins<br>**LYNCH LAW FIRM, PC**<br>45 Eisenhower Drive<br>Paramus, NJ 07304<br>201-543-0300 (office)<br>201-455-6359 (fax)<br>pperkins@lynchlawyers.com | |
| Frank J. Janecek, Jr.<br>**ROBBINS GELLER RUDMAN** | |

| | |
|---|---|
| **& DOWD LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>619-231-1058 (office)<br>619-231-7423 (fax)<br>frankj@rgrdlaw.com | |
| J. Gordon Rudd, Jr.<br>**ZIMMERMAN REED, PLLP**<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>612-341-0400 (office)<br>612-341-0844 (fax)<br>gordon.rudd@zimmreed.com | |
| Christopher Polaszek<br>**MILBERG, LLP**<br>Corporate Center One<br>2202 N. Westshore Blvd., Suite 200<br>Tampa, FL 33607<br>813-639-4248 (office)<br>561-892-8164 (fax)<br>cpolaszek@milberg.com | |
| Chris Collins<br>**ROBBINS GELLER RUDMAN**<br>     **& DOWD LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>619-231-1058 (office)<br>619-231-7423 (fax)<br>chrisc@rgrdlaw.com | |
| Michael A. Chichester, Jr.<br>**SOMMERS SCHWARTZ**<br>2000 Town Center, Suite 900<br>Southfield, MI 48075<br>248-746-4096 (office)<br>248-746-4001 (fax)<br>MChichester@sommerspc.com | |

SOKOLOWSKI DECL ISO PLTF PRIME EQUITY HOLDINGS, INC.'S OPP TO DEF YELLOWPAGES.COM, LLC's MOT TO DISMISS OR TRANSFER — - 4 - — Consolidated Case No. 10-CV-0195-JAH(AJB)

DOCS\526490v1

| **DEFENDANT'S COUNSEL:** | |
|---|---|
| James F. Bogan, III (*pro hac vice*) <br> C. Allen Garrett, Jr. (*pro hac vice*) <br> **KILPATRICK STOCKTON LLP** <br> 1100 Peachtree Street, Suite 2800 <br> Atlanta, GA 30309-4528 <br> 404-815-6467 (office) <br> 404-541-3133 (fax) <br> JBogan@KilpatrickStockton.com <br> agarrett@kilpatrickstockton.com | James G. Sandler <br> Richard Max Valdez <br> **SANDLER LASRY LAUBE BYER & VALDEZ** <br> 402 West Broadway, Suite 1700 <br> San Diego, CA 92101-3542 <br> 619-235-5655 (office) <br> 619-235-5648 (fax) <br> jsandler@sllbv.com <br> rvaldez@sllbv.com |
| | MICHAEL FEKETE (local counsel - New Jersey) <br> **STARK & STARK** <br> 40 Lake Center Executive Park <br> 401 Route 73 North, Suite 130 <br> Marlton, New Jersey 08053 <br> 856-552-4445 (office) <br> 856-874-0133 (FAX) <br> MFekete@stark-stark.com |